IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LINDA D. McGUIRE,**

    **Plaintiff,**

v.    Case No. 1:23-cv-106-AW-MAF

**MARTIN J. O'MALLEY,**
**Commissioner of the Social Security**
**Administration,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's August 12, 2024 report and recommendation. ECF No. 21. I have also carefully considered de novo the issues raised in Plaintiff's objections. ECF No. 22. I now conclude that the report and recommendation should be approved, and it is adopted and incorporated by reference into this order. Plaintiff's objections are overruled.

The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on September 27, 2024.

                                      s/ *Allen Winsor*
                                      United States District Judge